UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NORMAN N. SHELTON,

    Plaintiff

vs.

C/O T. CRAWLEY, et al.,

    Defendants

No. 3:CV-12-0422

(Judge Nealon)

FILED
SCRANTON
APR 4 2013
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 4th DAY OF APRIL 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions for enlargement of time within which to file a response to the complaint (Doc. 36), to file a brief in support of their motion to dismiss or, in the alternative, for summary judgment (Doc. 70), and to exceed the page limit permitted by M.D. Pa. Local Rule 7.8 (Doc. 72) are **GRANTED**. Defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. 66), filed on December 14, 2012 is considered timely filed. Defendants' brief in support of their motion to dismiss or, in the alternative, for summary judgment (Doc. 75), filed on January 4, 2013, and which does not exceed 40 pages in length, is considered timely filed.

2. Plaintiff's motions for default judgment (Docs. 53, 56, 62, 88) and for contempt (Doc. 78) are **DENIED**.

3. Defendants' motion to dismiss and for summary judgment (Doc. 66) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff on all claims.

4. Plaintiff's motions for declaratory relief, preliminary injunctions and temporary restraining orders (Docs. 20, 24, 34, 39, 43, 46, 49, 51, 59, 93, 95, 98, 115) are **DENIED**.

5. Plaintiff's motion for reconsideration of this Court's July 19, 2012 Order denying Plaintiff's motion for appointment of counsel (Doc. 45) is **DISMISSED** as moot.[1]

6. Plaintiff's motions to amend, for summary judgment, for writ of mandamus, and to expand the record (Docs. 50, 99, 103, 109) are **DISMISSED** for Plaintiff's failure to file a supporting brief. <u>See</u> M.D. Pa. Local Rule 7.5.

7. The Clerk of Court is directed to **CLOSE** this case.

8. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

*[signature]*
**United States District Judge**

---

[1] Additionally, this motion is subject to dismissal for Plaintiff's failure to file a supporting brief. <u>See</u> M.D. Pa. Local Rule 7.5.